Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of __Delaware__
(State)

Case number (*if known*): _____   Chapter _7___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Acolar Inc |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business* as names | Acolar XR |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 9  3 – 3  9  9  4  1  2  6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 266 Palm Valley Boulevard | |
| Number      Street | Number      Street |
| Apt 305 | |
| | P.O. Box |
| San Jose              CA    95123 | |
| City                 State   ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Santa Clara | |
| County | Number      Street |
| | |
| | City                State    ZIP Code |

5. **Debtor's website (URL)**    https://acolar.net/

Debtor   Acolar Inc
            Name
                                                        Case number (if known)

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above
Software Publishing

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY
             District _____  When _____  Case number _____
                                              MM / DD / YYYY

Debtor    Acolar Inc                  Case number (if known) _____

       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.   Debtor _____   Relationship _____

            District _____   When _____

                                     MM / DD / YYYY

            Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

     **Where is the property?** _____

            Number          Street

            _____

            City                         State ZIP Code

     **Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

            Contact name _____

            Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

Debtor   Acolar Inc
_____
         Name

Case number (if known)_____

**15. Estimated assets**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/26/2025
            _____
            MM  / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Sannette Coetzee
_____
Printed name

Title  President
_____

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date  _____
      MM  / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number      Street

_____
City

_____   _____
State        ZIP Code

_____
Contact phone

_____
Email address

_____
Bar number

_____
State

Fill in this information to identify the case and this filing:

Debtor Name __Acolar Inc__

United States Bankruptcy Court for the: _____  District of __Delaware__
(State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/26/2025__          ✗ _____
          MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                        __Sannette Coetzee__
                                        Printed name

                                        __President__
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  Acolar Inc

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                    (State)

Case number (if known):  _____

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lucid Reality Labs 276 NE 60th St, Miami, FL 33137 | Alex Dzyuba Email : alex.dzyuba@lucidrealitylabs.com Phone : 786 329 5577 | Development services for prototype | | $208,574.25 | | $208,574.25 |
| 2 | JPMorgan Chase (Credit Card) | | Business credit card | | 3810.33 | | 3810.33 |
| 3 | JPMorgan Chase (Checking Account) | | Overdraft balance | | 1580.75 | | 1580.75 |
| 4 | Tandem LLP 446 Old County Road, Suite 100-140 Pacifica, CA  94044 | Sheryl Thaler email : sheryl@tandemllp.com Lynn@tandemllp.com | Accounting Services | | 900 | | 900 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Fill in this information to identify the case:

Debtor name  Acolar Inc

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

2. **Cash on hand**                                                                                         $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____  $_____

4.2. _____  $_____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $_____

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____  $_____

7.2. _____  $_____

Debtor _____    Case number *(if known)*_____
              Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                  $_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☒ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

                                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:   _____  –  _____  = ........➤    $_____
                                    face amount                doubtful or uncollectible accounts

   11b. Over 90 days old:      _____  –  _____  = ........➤    $_____
                                    face amount                doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.             $_____

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                                                                 **Valuation method         Current value of debtor's
                                                                 used for current value     interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____    _____    $_____

   14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                             % of ownership:

   15.1._____    _____%    _____    $_____

   15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____    _____    $_____

   16.2._____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                                $_____

---

Debtor _____   Case number *(if known)*_____
              Name

## Part 5:   Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.  Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _____    Case number (if known)_____
                    Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor _____   Case number (if known)_____
            Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____  $_____  _____  $_____

    47.2 _____  $_____  _____  $_____

    47.3 _____  $_____  _____  $_____

    47.4 _____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____  $_____  _____  $_____

    48.2 _____  $_____  _____  $_____

49. **Aircraft and accessories**

    49.1 _____  $_____  _____  $_____

    49.2 _____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____  $_____  _____  $_____

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor _____    Case number (if known) _____
        Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _____   Case number *(if known)*_____
           Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____   = ➜   $_____
                                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        $_____

Nature of claim        _____

Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim        _____

Amount requested      $_____

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                        $_____
_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____        Case number *(if known)*_____
      Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0 | |
| 88. Real property. *Copy line 56, Part 9.* ............................................................➔ | | $ 0 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0 | |
| 91. Total. Add lines 80 through 90 for each column............................91a. | $ 0 | + 91b. $ 0 |

92. Total of all property on Schedule A/B.  Lines 91a + 91b = 92. ................................................................................    $ 0

Fill in this information to identify the case:

Debtor    Acolar Inc

United States Bankruptcy Court for the: _____ District of _Delaware_
                                                              (State)

Case number
(if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____   Case number (if known)_____
       Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |

**2.__**  Priority creditor's name and mailing address

$_____   $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.__**  Priority creditor's name and mailing address

$_____   $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.__**  Priority creditor's name and mailing address

$_____   $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.__**  Priority creditor's name and mailing address

$_____   $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor _____   Case number (If known) _____
        Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**

JPMorgan Chase Bank

270 Park Ave

New York, NY 10017

As of the petition filing date, the claim is:  $ 15870.75
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Business checking account overdraft

Date or dates debt was incurred        May 2025

Last 4 digits of account number        6493 ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

JPMorgan Chase Bank

270 Park Ave

New York, NY 10017

As of the petition filing date, the claim is:  $ 3810.33
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Credit Card

Date or dates debt was incurred        July 2025

Last 4 digits of account number        4  8  5  3

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

Tandem LLP

46 Old County Road, Suite 100-140

Pacifica, CA 94044

As of the petition filing date, the claim is:  $ 900
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Did Tax Filings for previus tax period

Date or dates debt was incurred        March 2025

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

Lucid Reality Labs

276 NE 60th St

Miami, FL 33137

As of the petition filing date, the claim is:  $ 208,574.25
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Unpaid vendor invoice

Date or dates debt was incurred        2024

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:  $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:  $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Debtor    Acolar Inc
          Name
                                                              Case number (if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___  **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**     $_____
                                                                  *Check all that apply.*
_____                        ☐ Contingent
_____                        ☐ Unliquidated
_____                        ☐ Disputed
_____                        ☐ Liquidated and neither contingent nor
                                                                     disputed

                                                                  **Basis for the claim:** _____

Date or dates debt was incurred      _____             **Is the claim subject to offset?**
                                                                  ☐ No
Last 4 digits of account number      __ __ __ __                  ☐ Yes

3.___  **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**     $_____
                                                                  *Check all that apply.*
_____                        ☐ Contingent
_____                        ☐ Unliquidated
_____                        ☐ Disputed

                                                                  **Basis for the claim:** _____

Date or dates debt was incurred      _____             **Is the claim subject to offset?**
                                                                  ☐ No
Last 4 digits of account number      __ __ __ __                  ☐ Yes

3.___  **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**     $_____
                                                                  *Check all that apply.*
_____                        ☐ Contingent
_____                        ☐ Unliquidated
_____                        ☐ Disputed

                                                                  **Basis for the claim:** _____

Date or dates debt was incurred      _____             **Is the claim subject to offset?**
                                                                  ☐ No
Last 4 digits of account number      __ __ __ __                  ☐ Yes

3.___  **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**     $_____
                                                                  *Check all that apply.*
_____                        ☐ Contingent
_____                        ☐ Unliquidated
_____                        ☐ Disputed

                                                                  **Basis for the claim:** _____

Date or dates debt was incurred      _____             **Is the claim subject to offset?**
                                                                  ☐ No
Last 4 digits of account number      __ __ __ __                  ☐ Yes

3.___  **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**     $_____
                                                                  *Check all that apply.*
_____                        ☐ Contingent
_____                        ☐ Unliquidated
_____                        ☐ Disputed

                                                                  **Basis for the claim:** _____

Date or dates debt was incurred      _____             **Is the claim subject to offset?**
                                                                  ☐ No
Last 4 digits of account number      __ __ __ __                  ☐ Yes

Debtor _____ Case number (if known)_____

Name

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**4.2.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**4.3.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**4.4.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**41.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**4.5.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**4.6.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**4.7.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**4.8.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**4.9.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**4.10.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

**4.11.** _____  Line ____
_____  ❑ Not listed. Explain _____  __ __ __ __
_____  _____

Debtor _____
Name

Case number (if known)_____

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____
_____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____
_____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____
_____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____
_____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____
_____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____
_____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____
_____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____
_____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____
_____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____
_____

__ __ __ __

4.__ _____
_____
_____

Line ____
❑ Not listed. Explain _____

__ __ __ __

Debtor _____    Case number (if known)_____
              Name

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b.  + | $ $214,865.33 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ $214,865.33 |

**Fill in this information to identify the case:**

Debtor name ___Acolar Inc___

United States Bankruptcy Court for the:_____ District of ___Delaware___
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name  Acolar Inc

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................. $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................. $ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................... $ 0.00

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................ $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... + $ 214,865.33

4. **Total liabilities**...................................................................................
    Lines 2 + 3a + 3b

    $ 214,865.33

**Fill in this information to identify the case:**

Debtor name  Acolar Inc

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

### 1. Gross revenue from business

☐ None

*Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year*

**Sources of revenue**
Check all that apply

**Gross revenue**
(before deductions and exclusions)

| | | | | | |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 10/01/2024<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other _____ | $ 0 |
| **For prior year:** | From 10/01/2023<br>MM / DD / YYYY | to | 09/30/2024<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 0 |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

**Description of sources of revenue**

**Gross revenue from each source**
(before deductions and exclusions)

| | | | | | |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor  Acolar Inc
_____          Case number (if known)_____
        Name

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | Check all that apply |
| 3.1. | | | | |
| | Creditor's name | _____ | $_____ | ❑ Secured debt |
| | Street | _____ | | ❑ Unsecured loan repayments |
| | | | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City      State      ZIP Code | _____ | | ❑ Other _____ |
| 3.2. | | | | |
| | Creditor's name | _____ | $_____ | ❑ Secured debt |
| | Street | _____ | | ❑ Unsecured loan repayments |
| | | | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City      State      ZIP Code | _____ | | ❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | Sannette Coetzee | 07/2024 - 04/2024 | $ 45000 | Salary to cover living expenses ( $5k for 9 months ) |
| | Insider's name | | | |
| | 266 Palm Valley Boulevard | | | |
| | Street        Apt 305 | | | |
| | San Jose        CA        95123 | | | |
| | City      State      ZIP Code | | | |
| | **Relationship to debtor**  CEO & President, Founder | | | |
| 4.2. | | | | |
| | Insider's name | | $_____ | |
| | Street | | | |
| | City      State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor    Acolar Inc
_____    Case number (if known)_____
Name

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| | City          State          ZIP Code | | | |

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State          ZIP Code | |

Debtor  __Acolar Inc_____    Case number (if known)_____
           Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| _____ | _____ | |
| Custodian's name | Case title | Court name and address |
| _____ | | |
| Street | | _____ |
| _____ | | Name |
| _____ | Case number | _____ |
| City          State     ZIP Code | _____ | Street |
| | | _____ |
| | Date of order or assignment | City          State     ZIP Code |
| | _____ | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | | $_____ |
| _____ | _____ | | |

Debtor  Acolar Inc
_____  Case number *(if known)*_____
Name

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |

Address

_____
Street

_____

_____
City            State      ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |

Address

_____
Street

_____

_____
City            State      ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | Trustee | | | |
| | _____ | _____ | | |

Debtor _____   Case number (if known)_____
         Name

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |

Address

Street _____

_____

City _____ State ___ ZIP Code ___

Relationship to debtor

_____

| | Who received transfer? | | Date | Total amount or value |
|---|---|---|---|---|
| 13.2 | _____ | _____ | _____ | $_____ |

Address

Street _____

_____

City _____ State ___ ZIP Code ___

Relationship to debtor

_____

## Part 7:  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 1141 Empey Way | From 06/2020  To 12/2024 |
| | Street | |
| | San Jose   CA   95136 | |
| | City   State   ZIP Code | |
| 14.2. | Street | From _____  To _____ |
| | City   State   ZIP Code | |

Debtor    Acolar Inc
_____     Case number (if known)_____
          Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address<br><br>**15.2.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | Nature of the business operation, including type of services the debtor provides<br>_____<br>_____<br><br>Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | If debtor provides meals and housing, number of patients in debtor's care<br>_____<br><br>How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor *serve as plan administrator?*

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan    Employer identification number of the plan

_____    EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

Debtor _____     Case number *(if known)*_____
            Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Chase Bank <br> Name <br> Bankruptcy Department <br> Street <br> PO BOX 15298 <br> Willington      DE    19850-5 298 <br> City      State    ZIP Code | XXXX–_6_  _4_  _9_  _3_ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _05/2025_ | $ _-1513_ |
| 18.2. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

Debtor    Acolar Inc
_____    Case number (if known)_____
          Name

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list property leased or rented property.

    ☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State        ZIP Code | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No
    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State        ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State        ZIP Code | City          State        ZIP Code | | |

---

Debtor     Acolar Inc
           Name                                                    Case number (if known)_____

---

24. Has the debtor notified any governmental unit of any release of hazardous material?

   ☒ No
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. Other businesses in which the debtor has or has had an interest

   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☒ None

| | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
| | Name | | Dates business existed |
| | Street | | |
| | City          State     ZIP Code | | From _____  To _____ |
| 25.2. | | | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
| | Name | | Dates business existed |
| | Street | | |
| | City          State     ZIP Code | | From _____  To _____ |
| 25.3. | | | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
| | Name | | Dates business existed |
| | Street | | |
| | City          State     ZIP Code | | From _____  To _____ |

---

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 10

Debtor _____     Case number *(if known)*_____
          Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| | |

26a.1.

**Name**
    Sannette Coetzee

**Street**
    266 Palm Valley Boulevard, Apt 305

San Jose                CA          95123
**City**               **State**         **ZIP Code**

From 10/03/2023   To 07/22/2025

**Name and address**             **Dates of service**

26a.2.

**Name**

**Street**

**City**               **State**         **ZIP Code**

From _____   To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**             **Dates of service**

26b.1.

**Name**
    Tandem LLP

**Street**
    446 Old County Road,

Pacifica              CA         94044
**City**               **State**         **ZIP Code**

From 01/2025   To 03/2025

**Name and address**             **Dates of service**

26b.2.

**Name**

**Street**

**City**               **State**         **ZIP Code**

From _____   To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**             **If any books of account and records are unavailable, explain why**

26c.1.    Microsoft OneDrive, Personal Laptop

**Name**
    Physical Documents

**Street**
    266 Palm Valley Boulevard, Apt 305

San Jose              CA         95123
**City**               **State**         **ZIP Code**

Debtor    Apolar Inc _____    Case number (if known)_____
          Name

26c.2.    Name and address                                    If any books of account and records are
                                                              unavailable, explain why

          Name _____            _____

          Street _____           _____

          _____                  _____

          City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement
     within 2 years before filing this case.

     ☒ None

          Name and address

26d.1.    Name _____
          Guidant  Financial
          Street
          967 E Parkcenter Blvd, #1020
          Boise                    ID           83706
          City                    State        ZIP Code

          Name and address

26d.2.    Name _____

          Street _____

          _____

          City                    State        ZIP Code

27. Inventories

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No

    ☐ Yes. Give the details about the two most recent inventories.

          Name of the person who supervised the taking of the inventory      Date of        The dollar amount and basis (cost, market, or
                                                                             Inventory      other basis) of each Inventory

          _____      _____    $_____

          Name and address of the person who has possession of inventory records

27.1.     Name _____

          Street _____

          _____

          City                    State        ZIP Code

Debtor _____     Case number (if known)_____
         Name

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.  _____
       Name

       _____
       Street

       _____
       City                    State        ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any Interest | % of Interest, if any |
|---|---|---|---|
| Sannette Coetzee | 266 Palm Valley Boulevard, Apt 305, San Jose, CA, 95123 | President | 8.5 |
| Acolar Inc 401(k) Plan F/B/O ~~Sannette Coetzee~~ | As Above | Shareholder | 91.5 |
| | | | |
| | | | |
| | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Sannette Coetzee | 45000 | 07/2024 - ~~04/2024~~ | Salary |
|        Name | | | |
|        As above | | _____ | |
|        Street | | | |
|        _____ | | _____ | |
|        City          State    ZIP Code | | | |
|        Relationship to debtor | | _____ | |
|        _____ | | _____ | |

Debtor _____   Case number (if known)_____
　　　　　　Name

**Name and address of recipient**

30.2
Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/26/2025___
　　　　　　　　MM  / DD  / YYYY

✗ _signature_ .　　　　　　　　　　Printed name  Sannette Coetzee
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No

☐ Yes

Creditor Matrix

Lucid Reality Labs
123 Innovation Way
New York, NY 10001


JPMorgan Chase (Credit Card)
P.O. Box 15298
Wilmington, DE 19850

JPMorgan Chase (Checking Account)
P.O. Box 15298
Wilmington, DE 19850


Tandem, LLP
446 Old County Road, Suite 100-140
Pacifica, CA  94044

## RESOLUTION OF ACOLAR INC.

A meeting of the Board of Directors and Shareholders of Acolar Inc. was held on August 23, 2025, at which the following resolution was adopted:

RESOLVED, that the Corporation shall be authorized to file a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court.

FURTHER RESOLVED, that Sannette Coetzee, as President of Acolar Inc., is authorized and directed to execute and deliver all documents and to take all actions necessary or appropriate to effectuate such filing.

The shareholders of Acolar Inc. consist of:
- Acolar Inc. 401(k) Plan (approximately 91.5% ownership)
- Sannette Coetzee (approximately 8.5% ownership)

Both shareholders have reviewed and approved this resolution. The undersigned, Sannette Coetzee, is the duly authorized Trustee of the Acolar Inc. 401(k) Plan and personally holds the remaining shares.

Dated: August 23, 2025

Sannette Coetzee
President, Acolar Inc.
Trustee, Acolar Inc. 401(k) Plan
Shareholder, Acolar Inc.



**Acolar**

## ACOLAR INC.

*Chapter 7 Bankruptcy Filing Package*

Date of Submission: 26 August 2025

### Table of Contents

1. Form 201 – Voluntary Petition for Non-Individuals Filing for Bankruptcy
2. Form 202 – Declaration Under Penalty of Perjury for Non-Individual Debtors
3. Form 204 – List of Creditors Who Have the 20 Largest Unsecured Claims
4. Form 206A/B – Schedule A/B: Assets – Real and Personal Property
5. Form 206E/F – Schedule E/F: Creditors Holding Unsecured Claims
6. Form 206G – Schedule G: Executory Contracts and Unexpired Leases
7. Form 206Sum – Summary of Assets and Liabilities for Non-Individuals
8. Form 207 – Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
9. Creditor Matrix – Mailing List of All Creditors
10. Certificate of Business Resolution Authorizing Bankruptcy Filing

### Prepared by:

Sannette Coetzee
President, Acolar Inc.
Email: sannette@acolar.net

*This document contains confidential legal and financial information. Do not distribute without consent.*

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**


how2recycle.info
PAPER POUCH

*Retail*

**PRIORITY**®
**MAIL**

E PAID
Origin: 95123
08/26/25
0568690006-15

s apply).*

nternational destinations.

0 Lb 8.20 Oz

**RDC 03**

equired.

sions see the

C012

nitations of coverage.

o schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


how2recycle.info
PAPER POUCH



**FROM:**

Sannette Coetzee
266 Palm Valley Bld, Apt 305
San Jose
CA
95123

**TO:**

Clerk, U.S. Bankruptcy Court
District of Delaware
824 market street, 3rd Floor
Wilmington
DE
19801

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.